■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE HOTZ, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed March 26, 1979. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). O'Connor, J. P., Lazer, Rabin and Gulotta, JJ., concur.